v.

**LONG BEACH UNIFIED SCHOOL DISTRICT, Defendant–Appellee.**

**No. 11–55595.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 7, 2012.

Filed Aug. 23, 2012.

Timothy A. Adams, Drew Massey, Adams & Associates, Santa Ana, CA, for Plaintiffs–Appellants.

by 9th Cir. R. 36–3.

---

* This disposition is not appropriate for publication and is not precedent except as provided

John W. Allen, Gibeaut, Mahan & Briscoe, Los Angeles, CA, for Defendant–Appellee.

Before: REINHARDT, SILVERMAN, and WARDLAW, Circuit Judges.

## ORDER

We remand this case to the district court in light of *Payne v. Peninsula School District,* 653 F.3d 863 (9th Cir. 2011), a decision issued after the district court entered its order. We held in Payne that the Individuals with Disabilities Education Act's exhaustion requirement, 20 U.S.C. § 1415(*l*), is not jurisdictional and set forth a new relief-based approach, as opposed to an injury-based approach, for determining whether a claim is subject to the exhaustion requirement. In conformity with *Payne,* the Defendant may file an unenumerated Rule 12(b) motion for failure to exhaust in place of its motion to dismiss for lack of jurisdiction. Plaintiffs shall be afforded the opportunity to respond to Defendant's motion.

**REMANDED.**

**IT IS SO ORDERED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).